**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| 1.4G HOLDINGS, LLC, a Nevada limited-liability company,<br><br>               Plaintiff(s),<br><br>v.<br><br>ELITE FIREWORKS, LLC, a Texas limited liability company,<br><br>               Defendant(s). | 2:22-cv-02104-RFB-VCF<br>**<u>ORDER</u>** |

      Before the Court are the motion to stay discovery (ECF NO. 16) and the stipulated discovery plan and scheduling order (ECF No. 19).

      Accordingly,

      IT IS HEREBY ORDERED that an in-person hearing on the motion to stay discovery (ECF NO. 16) and the stipulated discovery plan and scheduling order (ECF No. 19), is scheduled for 2:00 PM, April 12, 2023, in Courtroom 3D.

DATED this 14th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE