**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| 1.4G HOLDINGS, LLC, a Nevada limited-liability company, | |
| Plaintiff(s), | 2:22-cv-02104-RFB-VCF |
| v. | **ORDER** |
| ELITE FIREWORKS, LLC, a Texas limited liability company, | |
| Defendant(s). | |

Before the Court is the motion to continue April 12, 2023 hearing (ECF NO. 23).

Accordingly,

IT IS HEREBY ORDERED that the motion to continue April 12, 2023 hearing (ECF NO. 23), is GRANTED in part. The hearing scheduled for April 12, 2023, is VACATED and RESCHEDULED to an in-person hearing for 1:00 PM, April 28, 2023, in Courtroom 3D.

IT IS FURTHER ORDERED that all discovery is STAYED pending further order of the court.

DATED this 29th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE