# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

1.4G HOLDINGS, LLC, a Nevada limited-liability company,

        Plaintiff(s),

v.

ELITE FIREWORKS, LLC, a Texas limited liability company,

        Defendant(s).

2:22-cv-02104-RFB-VCF

**ORDER**

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the hearing on the motion to stay discovery (ECF NO. 16) and the stipulated discovery plan and scheduling order (ECF No. 19), scheduled for April 28, 2023, is VACATED and RESCHEDULED to an in-person hearing for 10:00 AM, May 2, 2023, in Courtroom 3B.

DATED this 17th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1