# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| 1.4G Holdings, LLC,<br><br>                    Plaintiff(s),<br><br>v.<br><br>Elite Fireworks, LLC,<br><br>                    Defendant(s). | 2:22-cv-02104-RFB-VCF<br><br>**ORDER** |

      The court received communications from J.D. Lowry, Esq. requesting a telephonic conference to clarify the undersigned's ruling on jurisdictional discovery at the May 5, 2023 hearing.

      Accordingly,

      IT IS HEREBY ORDERED that a video status conference hearing is scheduled for **2:00 PM, July 14, 2023**, before Judge Cam Ferenbach.

      IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by July 13, 2023.

      IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

      Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.

1

1 • Do not have others in the video screen or moving in the background.

2 • No recording of the hearing.

3 • No forwarding of any video conference invitations.

4 • Unauthorized users on the video conference will be removed.

7  DATED this 13th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE